IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTIOCO CABRERA-GERONIMO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 1:10cv674-MHT |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

Upon consideration of defendant's motion for interpreter services (Doc. # 15) filed July 20, 2012, and upon the court's finding that such services are necessary and that the defendant is financially unable to obtain them, it is

ORDERED that the motion be and is hereby GRANTED pursuant to 18 U.S.C. § 3006A(e)(1). Compensation to be paid to an interpreter for services rendered shall not exceed the maximum designated by statute, exclusive of reimbursement for expenses reasonably incurred. Id. at § 3006A(e)(3).[1] Necessary expenditures for fees to Spanish translation interpreters are authorized only up to the prescribed CJA limitations for the entire case at a rate not to exceed the current approved interpreter rates. The current rates for Court Certified Spanish Language interpreters are $388 for a full day, $210 for half a day, and $55 per hour or part thereof for overtime. For Non-Certified Spanish Language interpreters, the

---

[1] Counsel may obtain interpreter services necessary for adequate representation without prior authorization up to $500 and expenses reasonably incurred, subject to later review. Id. at §3006A(e)(2)(A).

rates are $187 for a full day, $103 for half a day, and $32 per hour or part thereof for overtime.

DONE, this 20th day of July, 2012.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE