IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTIOCO CABRERA-GERONIMO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 1:10cv674-MHT |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

Upon consideration of the petitioner's motion to transport petitioner early (Doc. # 16), and for good cause, it is

ORDERED that the motion is GRANTED. The United States Marshal is DIRECTED to transport the petitioner to the Middle District of Alabama for consultation with counsel and preparation for the evidentiary hearing set for August 23, 2012, as soon as is reasonably possible given the Marshal Service's other obligations.

DONE, this 20th day of July, 2012.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE