IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANTIOCO CABRERA-GERONIMO,    )
    )
    Petitioner,    )
    )
    v.    )    Civil Action No. 1:10cv674-MHT
    )    (WO)
UNITED STATES OF AMERICA,    )
    )
    Respondent.    )

## O R D E R

Upon consideration of the government's motion to continue (Doc. # 21), and for good cause, it is

ORDERED that the motion is GRANTED as follows:

1.    The evidentiary hearing previously scheduled for **August 23, 2012, be and hereby is rescheduled for 10:00 a.m on August 31, 2012,** in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

2.    The Clerk is DIRECTED to make arrangements for the assistance of a Spanish language court interpreter at the August 31, 2012, evidentiary hearing.

3.    The United States Marshal is DIRECTED to produce defendant for the hearing.

DONE, this 16th day of August, 2012.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE

2