IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTIOCO CABRERA-GERONIMO, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | CIVIL ACTION NO. 1:10cv674-MHT<br>(WO) |

**ORDER**

On September 19, 2012, the magistrate judge filed a recommendation in this case to which no timely objections have been filed. Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (doc. no. 29) is adopted.

Done this the 28th day of September, 2012.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE